**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **MICHAEL DAVIS**, | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **2:06-CV-21-DF** |
| | § | |
| **METROPOLITAN LIFE INSURANCE** | § | |
| **COMPANY, ADMINISTRATOR OF TXU** | § | |
| **LONG TERM DISABILITY PLAN AND** | § | |
| **TEXAS UTILITIES SYSTEM EMPLOYEE** | § | |
| **LONG-TERM DISABILITY PLAN,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

## <u>FINAL JUDGMENT</u>

In accordance with the Court's Findings and Fact and Conclusions of Law entered contemporaneously herein, the Court enters judgment against the Plaintiff, Michael Davis, and for the Defendant, Texas Utilities System Employee Long-Term Disability Plan.

All relief not granted herein is **DENIED**.

All pending motions are **DISMISSED**.

**IT IS SO ORDERED.**

**SIGNED this 15th day of February, 2007.**


_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE